AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Alma HERNANDEZ | ) | Case No. M-19-2829-M |
| YOB: 1964 Citizenship: United States | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | knowingly and intentionally possess with intent to distribute a controlled substance |
| 21 U.S.C. § 952 | knowingly and intentionally import with the intent to distribuet a controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_Complainant's signature_

Jaris Jones, HSI Special Agent
_Printed name and title_

Approved by [signature] AUSA
Sworn to before me and signed in my presence.

Date: 11/18/2019  -5:09 a.h.

_Judge's signature_

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
_Printed name and title_

**ATTACHMENT A**

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On November 17, 2019 at approximately 1613 hours, Alma HERNANDEZ (United States citizen) presented herself to the Port of Entry (POE) in Hidalgo, TX.

HERNANDEZ was asked if there was anything that she needed to declare to Customs and Border Protection Officers (CBPO) and she advised that she had asthma medicine on her person. After asked to retrieve the medicine, CBPO noticed that HERNANDEZ had a bulk around her waist area. When asked what the bulk around her waist area was, she advised that it was her belt. HERNANDEZ was referred to secondary for another search, where it was determined that she was in possession of two tubular packages found in the chest area between the skin and bra area, and there was one package found in the front abdomen area between the skin and a white cloth bandage.

The packages were removed, and the substance located inside of the package was field tested and tested positive for methamphetamine.

On November 17, 2019, at approximately 1730 hours, Homeland Security Investigations (HSI) Special Agent (SA) Jaris Jones, (SA) Laron Smith and CBPO Diego Rodriguez interviewed HERNANDEZ, who waived her Miranda Rights in writing. Miranda rights were read in English. The interview was conducted, and HERNANDEZ stated the following in summary:

HERNANDEZ stated that she went to Reynosa to get medication for her asthma because it was cheaper in Mexico. While in Mexico, she was approached by an individual by the name known only as "Alex." Alex asked her if she wanted to make some money and she advised him that she did. Alex advised HERNANDEZ that she would have to take a package over into the McAllen, TX area and that she would have to place it around her waist area. HERNANDEZ stated that she knew that it was illegal and wrong for smuggling the package and that she thought that it was cocaine. HERNANDEZ stated that she had transported drugs before in the same manner. HERNANDEZ stated that she would be paid $200 for transporting the drugs into the United States and that she made a mistake by doing so. HERNANDEZ stated that she was in need of money because she had not worked in over one year.